**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01636-CV

### CAROL SOLOMAN, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 76,070**

## ORDER

We **GRANT** appellee's July 8, 2013 unopposed motion for an extension of time to file a

brief.  Appellee shall file its brief on or before July 17, 2013.  We caution appellee that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE